IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIRSTEN POOLE and LIZ MOBERLY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:20-cv-00187-BCW |
| ) | |
| LONE JACK C-6 SCHOOL DISTRICT, ) | |
| DR. MATTHEW TARWATER, ) | |
| KATHY BUTLER and KELLIE ROTH, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT DR. MATTHEW TARWATER**

COME NOW Plaintiffs Kirsten Poole and Liz Moberly (the "Plaintiffs"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and pursuant to the parties' settlement agreement, voluntarily dismisses Defendant Dr. Matthew Tarwater, without prejudice.

Respectfully submitted,

**McDOWELL, RICE, SMITH & BUCHANAN, PC**

*/s/ Thomas R. Buchanan*
Thomas R. Buchanan, MO Bar #45612
William C. Odle, MO Bar #38571
Adam J. Gasper, MO Bar #61168
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 facsimile
tbuchanan@mcdowellrice.com
wodle@mcdowellrice.com
agasper@mcdowwellrice.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing was served this 4th day of August, 2020 upon all persons requesting electronic notification, by filing it with the Court using the CM/ECF system.

          */s/ Thomas R. Buchanan*
          Thomas R. Buchanan, MO Bar #45612